```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PATRICK J. GALLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, ACTING | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY | : | NO. 12-6460 |

## ORDER

AND NOW, this 4th day of October, 2013, upon consideration of plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket #6), defendant's opposition and plaintiff's reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 19, 2013, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The relief sought by plaintiff is GRANTED in part as described below;

3. This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation; and

4. In all other respects, plaintiff's request for relief is DENIED.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.